


## Filters

**Computer RAM Capacity**
- [ ] 64 GB & Above
- [ ] 32 GB
- [ ] 24 GB
- [ ] 16 GB
- [ ] 12 GB
- [ ] 8 GB
- [ ] 6 GB
- [ ] 4 GB
- [ ] 3 GB
- [ ] 2 GB
- [ ] 2 GB & Under

**Computer Graphics Card Type**
- [ ] Integrated
- [ ] Dedicated

**Laptop WLAN**
- [ ] 802.11a/b/g/n
- [ ] 802.11ac
- [ ] 802.11b/g/n

**Hard Disk Size**
- [ ] 4 TB & Above
- [ ] 3 TB
- [ ] 2 TB
- [ ] 1.5 TB
- [ ] 1 TB
- [ ] 501 to 999 GB
- [ ] 321 to 500 GB
- [ ] 121 to 320 GB
- [ ] 81 to 120 GB
- [ ] 80 GB & Under

**Number of CPU Cores**
- [ ] Single Core
- [ ] Dual Core
- [ ] Quad Core

**Avg. Customer Review**
- & Up (122)
- & Up (265)
- & Up (283)
- & Up (295)

**International Shipping**
- [ ] AmazonGlobal Eligible

**Condition**
- New (405)
- Used (297)
- Refurbished (89)

**Price**
- Under $25 (1)
- $25 to $50 (1)
- $50 to $100 (2)
- $100 to $200 (32)
- $200 & Above (456)

$ [____] to $ [____] GO

**Seller**
- [ ] Derek J. Green (115)
- [ ] Flash Deals (No Tax) (95)
- [ ] Amazon Warehouse Deals (86)
- [ ] Cosmos TECH (76)
- [ ] NeuTech USA (57)
- [ ] Wisdom Tech (54)
- [ ] A.H Tye SuperStore (42)

---

### 2016 Newest Toshiba Satellite 15.6" Premium High Performance Laptop, Intel Pentium Quad-Core N3700 Processor,...
by Toshiba

**$484.11** new (3 offers)
**$219.00** used (1 offer)

1

- Display Size: **15.6 inches**
- Hard Disk Size: **500.0 GB**
- Computer Memory Size: **8.0 GB**
- Hardware Platform: **PC**
- Connectivity Technology: **hdmi**

---

### Toshiba Satellite Fusion 15 L55W-C5150 15.6" Notebook, Intel Core i5-6200U, 1TB, 6GB RAM Windows 10,Silver
by Toshiba

**$549.90**
Only 5 left in stock - order soon.

More Buying Choices
**$519.99** new (19 offers)
**$435.00** used (3 offers)

21

FREE Shipping on eligible orders

- Display Size: **15.6 inches**
- Hard Disk Size: **1000 GB**
- Computer Memory Size: **6 GB**
- Connectivity Technology: **Wireless**
- Display Technology: **LED-lit**

---

### TOSHIBA SATELLITE C55-B5277 INTEL windows 10 installed laptop
by Toshiba

**$309.00**
Only 4 left in stock - order soon.

More Buying Choices
**$277.79** new (4 offers)
**$239.99** used (4 offers)

19

FREE Shipping on eligible orders

- Display Size: **15.6 inches**
- Hard Disk Size: **500 GB**
- Hardware Platform: **PC**
- Hard Disk Description: **HDD 5400 rpm**
- Display Resolution Maximum: **1366 x 768**

---

### Toshiba Satellite 17.3-Inch Laptop (Intel Core i3 Processor, 6GB Ram, 750GB Hard Drive, DVD Burner, HDMI, Bluetooth...
by Toshiba

**$465.00** new (6 offers)
**$419.99** used (1 offer)

67

- Display Size: **17.3 inches**
- Hard Disk Size: **750.0 GB**
- Hardware Interface: **usb2.0**
- Computer Memory Size: **6.0 GB**
- Hardware Platform: **PC**

---

### Toshiba Satellite C55-B5240X 15.6-Inch Laptop
by Toshiba

**$379.99** new (11 offers)

180

- Display Size: **15.6 inches**
- Hard Disk Size: **500 GB**
- Computer Memory Size: **4 GB**
- Memory Storage Capacity: **500 GB**
- Connectivity Technology: **Wireless**

---

### 2016 Newest Toshiba C75 17.3" 1600x900 Premium High Performance Laptop PC, Intel i3-5005U DualCore 2.0GHz, 6GB...
by Toshiba

**$584.00** new (2 offers)
**$245.00** used (1 offer)

- Display Size: **17.3 inches**
- Hard Disk Size: **750.0 GB**
- Computer Memory Size: **6.0 GB**
- Hardware Platform: **PC**
- Connectivity Technology: **hdmi**

- [ ] EastCoast Car Electronics (41)
- [ ] ByBuy (31)
- [ ] One Plus Tech Inc (30)

+ See more

**Availability**
- [ ] Include Out of Stock



**2016 Newest Model Toshiba Satellite 15.6" Premium High Performance Laptop PC, Intel Pentium N3700, 8GB RAM, 500GB...**
by Toshiba

**$493.04** new  (4 offers)
**$389.00** used  (1 offer)

8

- Display Size: **15.6 inches**
- Hard Disk Size: **500.0 GB**
- Computer Memory Size: **8.0 GB**
- Memory Storage Capacity: **8 GB**
- Hardware Platform: **PC**



**Toshiba Satellite C55-B5299 15.6-Inch Laptop (Intel Celeron N2830 Processor , 2GB RAM, 500GB Hard Drive, Windows...**
by Toshiba

**$350.00** new  (2 offers)
**$142.49** used  (13 offers)

127

- Display Size: **15.6 inches**
- Hard Disk Size: **500 GB**
- Hardware Platform: **PC**
- Connectivity Technology: **hdmi**
- Display Technology: **LED**



**Toshiba Satellite C55T-C5300 15.6" Laptop, touch screen, Windows 10, Intel Core i3-5020U Processor, 6GB RAM, 1TB...**
by Toshiba

**$429.99**
Only 2 left in stock - order soon.

3

FREE Shipping on eligible orders

- Display Size: **15.6 inches**
- Hard Disk Size: **1.0 TB**
- Computer Memory Size: **6.0 GB**
- Hardware Platform: **PC**
- Connectivity Technology: **hdmi**



**Toshiba Radius 14" Touch-screen Laptop - 5th Gen Intel Core / 6GB Memory / 500GB HD/ Webcam / Windows 10 Brushed...**
by Toshiba

**$449.99**
In stock on October 9, 2016

More Buying Choices
**$415.00** new  (11 offers)
**$345.00** used  (15 offers)

43

FREE Shipping on eligible orders

- Display Size: **14.0 inches**
- Hard Disk Size: **500 GB**
- Computer Memory Size: **6.0 GB**
- Connectivity Technology: **hdmi**
- Display Technology: **LCD**



**2016 Newest Toshiba Satellite Radius 11.6" 2-in-1 Touchscreen Convertible Laptop PC, Intel Pentium N3700 Processor...**
by Toshiba

**$312.55**  (3 days)
Only 6 left in stock - order soon.

More Buying Choices
**$312.55** new  (7 offers)

10

- Display Size: **11.6 inches**
- Hard Disk Size: **500.0 GB**
- Computer Memory Size: **4.0 GB**
- Hardware Platform: **PC**
- Connectivity Technology: **hdmi**



**Toshiba Radius 2016 Newest Edition 11.6" HD LED-backlit TruBrite 2-in-1 Touchscreen Convertible Laptop | Intel...**
by Toshiba

**$326.37**
Only 1 left in stock - order soon.

More Buying Choices
**$309.99** new  (14 offers)
**$279.00** used  (10 offers)

22

FREE Shipping on eligible orders

- Display Size: **11.6 inches**
- Hard Disk Size: **500.0 GB**
- Computer Memory Size: **4.0 GB**
- Hardware Platform: **PC**
- Connectivity Technology: **rj45**


**Toshiba Satellite CL45-C4330 14" Celeron N2840 2.16GHz 2GB DDR3L-1333 RAM Windows 10 Home PSCRGU-001001**
by Toshiba
**$257.80**
More Buying Choices
**$250.81** new   (3 offers)

4
FREE Shipping on eligible orders
- Display Size: **14 inches**
- Hard Disk Size: **32.0 GB**
- Memory Storage Capacity: **2 GB**
- Ram Memory Technology: **DDR3 SDRAM**
- Cpu Model Family: **8032**


**Toshiba Satellite 17.3-Inch FHD Laptop PC (Intel Quad Core i7-4720HQ Processor, 16GB RAM, 1TB HDD, DVD Burner,...**
by Toshiba
**$851.10** used   (1 offer)

22
- Display Size: **17.3 inches**
- Hard Disk Size: **1.0 TB**
- Computer Memory Size: **16.0 GB**
- Hardware Platform: **PC**
- Connectivity Technology: **rj45**


**Newest Toshiba 14" HD Premium High Performance Laptop PC with Intel Dual Core 2.16 GHz, 2GB RAM, 32GB SSD, HDMI...**
by Toshiba
**$249.00** used   (1 offer)

12
- Display Size: **14.0 inches**
- Hard Disk Size: **32.0 GB**
- Computer Memory Size: **2.0 GB**
- Hardware Platform: **PC**
- Connectivity Technology: **rj45**


**2016 Newest Toshiba Satellite S55 15.6" Flagship High Performance Laptop PC. Intel Core i7-5500U Processor, 12GB...**
by Toshiba
**$750.00** + $7.99 shipping
Only 1 left in stock - order soon.
More Buying Choices
**$747.00** new   (9 offers)

9
- Display Size: **15.6 inches**
- Hard Disk Size: **1.0 TB**
- Computer Memory Size: **12.0 GB**
- Hardware Platform: **PC**
- Connectivity Technology: **rj45**


**Toshiba 17.3-Inch HD Laptop PC (Intel Core i3-5005U, 6GB RAM, 750GB HDD, Bluetooth, HDMI, WIFI, SuperMulti DVD...**
by Toshiba
**$444.99**       (3 days)
Only 14 left in stock - order soon.
More Buying Choices
**$444.99** new   (6 offers)
**$389.37** used   (2 offers)

35
- Display Size: **17.3 inches**
- Hard Disk Size: **750.0 GB**
- Computer Memory Size: **6.0 GB**
- Hardware Platform: **PC**
- Connectivity Technology: **hdmi**


**Toshiba Satellite S55T-C5325-4K 15.6 inch Touchscreen Intel Core i7-6700HQ 16GB RAM 1TB HDD 4GB NVIDIA GeForce...**
by Toshiba
**$1,199.99** new   (3 offers)
**$918.25** used   (3 offers)

1
- Display Size: **15.6 inches**
- Hard Disk Size: **1.0 TB**
- Computer Memory Size: **16.0 GB**
- Hardware Platform: **PC**
- Connectivity Technology: **rj45**


**2016 Newest Toshiba Satellite L55 15.6" Flagship High Performance Laptop PC, Intel Core i5-5200U Processor, 8GB...**
by Toshiba

**$639.00** new (6 offers)
**$290.00** used (2 offers)

14

- Display Size: **15.6 inches**
- Hard Disk Size: **1.0 TB**
- Computer Memory Size: **8.0 GB**
- Hardware Platform: **PC**
- Connectivity Technology: **hdmi**


**Toshiba Satellite 15.6-Inch Touchscreen Laptop PC (Intel Core i7-6500U Dual-core, NVIDIA GeForce 930M 2GB DDR3...**
by Toshiba

**$829.98**   (4-5 days)
Only 9 left in stock - order soon.

More Buying Choices
**$829.98** new (10 offers)
**$439.00** used (1 offer)

2
FREE Shipping on eligible orders

- Display Size: **15.6 inches**
- Hard Disk Size: **1.0 TB**
- Computer Memory Size: **12.0 GB**
- Hardware Platform: **PC**
- Connectivity Technology: **rj45**


Sponsored ⓘ
**HP Stream Laptop PC 14-ax020nr (Intel Celeron N3060, 4 GB RAM, 32 GB eMMC) with Windows 10**
by HP

**$219.99**
Get it by **Tomorrow, Oct 7**

22
FREE Shipping on eligible orders

- Display Size: **14 inches**
- Computer Memory Size: **4 GB**
- Flash Memory Installed Size: **32.0**
- Display Technology: **LED-Lit**
- Ram Memory Maximum Size: **4 GB**


Sponsored ⓘ
**HP 15-ay018nr 15.6-Inch Laptop (Intel Core i7, 8GB RAM, 256GB SSD)**
by HP

**$646.59**
Get it by **Tomorrow, Oct 7**

25
College Checklist See more
FREE Shipping on eligible orders

- Display Size: **15.6 inches**
- Computer Memory Size: **8 GB**
- Flash Memory Installed Size: **256.0**
- Display Technology: **LED-Lit**
- Ram Memory Maximum Size: **8 GB**

Previous Page   **1** 2 3 ... 21   **Next Page**

**Sponsored Links** (What's this?)

1. **Toshiba Laptops** ↗
   Find your perfect **Toshiba Laptop**. At London Drugs, we have it all. (londondrugs.com)

2. **Cheap toshiba laptop @ MDG** ↗
   Finance a Cheap **Laptop** With Low Minimum Payments. Get Approved Now! (mdg.ca)

3. **Toshiba -** ↗
   AllParts Medical CT Scanner Parts Low Price, Fast Ship, Tech Support (allpartsmedical.com)

4. **Laptop SSD Upgrade Kit** ↗
   Upgrade your **Laptop** to a new SSD or HDD via Fast USB 3.0 connection (apricorn.com)

5. **Upgrade Laptop RAM New** ↗
   Best Memory RAM For Your Computer Lifetime Warranty Upgrade **Laptop** (memorystock.com)

Ad feedback

**Search Feedback**
Did you find what you were looking for?

Yes   No

If you need help or have a question for Customer Service, please *visit the Help Section*.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools |
| Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates